E. BRYAN WILSON
Acting United States Attorney

MICHAEL J. HEYMAN
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, Alaska  99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: michael.heyman@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | ) No. 3:21-cr-00088-TMB-MMS |
|---|---|
| Plaintiff, | ) |
| | ) COUNTS 1-5: |
| vs. | ) THREATENING INTERSTATE |
| | ) COMMUNICATIONS |
| | )    Vio. of 18 U.S.C. § 875(c) |
| BENJAMIN CLIFFORD TARBELL, | ) |
| | ) COUNT 6: |
| Defendant. | ) CYBERSTALKING |
| | )    Vio. 18 U.S.C. § 2261A(2)(B) and |
| | ) 2261(b)(5) |
| | ) |

I N D I C T M E N T

The Grand Jury charges that:

COUNTS 1-5

On or about August 4 and 31, 2021, and September 1 and 3, 2021, in the District

of Alaska, BENJAMIN CLIFFORD TARBELL, for the purpose of issuing a threat, or

with knowledge that the communication will be viewed as a threat, transmitted in interstate commerce the following communications containing any threat to injure the person of another, with each communication constituting an offense:

| Count Number | Date of Threat | Threat Recipient | Method of Threat | Threat |
|---|---|---|---|---|
| 1 | August 4, 2021 | Victim 1 | Text Message | To kill Victim 1 and family, including, without limitation, "You will die." |
| 2 | August 31, 2021 | Victim 2 | Instagram Message | To kill Victim 2, including, without limitation, "I am going to kill you." |
| 3 | August 31, 2021 | Victim 3 | Text Message | To kill Victim 3 and family, including, without limitation, "I'm gonna kill you… kiss your ass good by." |
| 4 | September 1, 2021 | Victim 4 | Cellular Telephone Call | To kill Victim 4 and bomb the police station, including, without limitation, that Defendant would "bomb the State Police and kill every one of you mother fuckers." |
| 5 | September 3, 2021 | Victim 5 | Text Message | To kill Victim 5 and family, including, without limitation, "say your goodbyes to your sister…. sometimes I wonder if I should kill you also." |

All of which are violations of Title 18, United States Code, Section 875(c).

## COUNT 6

Beginning no later than August 4, 2021, and continuing through September 10, 2021, in the District of Alaska, BENJAMIN CLIFFORD TARBELL, with the intent to

harass or intimidate Victim 1, used the mail, any interactive computer service or electronic communication service or electronic communication system of interstate commerce, or any other facility of interstate or foreign commerce, to engage in a course of conduct that placed Victim 1 in reasonable fear of death of or serious bodily injury to Victim 1, an immediate family member of Victim 1, or a spouse or intimate partner of Victim 1, and caused, attempted to cause, or would be reasonably expected to cause substantial emotional distress to Victim 1, an immediate family member of Victim 1, or a spouse or intimate partner of Victim 1. The course of conduct included, but was not limited to: Repeatedly sending communications via text message to Victim 1, as well as text messages, Instagram messages, and telephone calls to Victims 2-5 and others.

All of which is in violation of Title 18, United States Code, Section 2261A(2)(B) and 2261(b)(5).

A TRUE BILL.

s/ Grand Jury Foreperson
GRAND JURY FOREPERSON

s/ Michael J. Heyman
MICHAEL J. HEYMAN
United States of America
Assistant U.S. Attorney

s/ E. Bryan Wilson
E. BRYAN WILSON
United States of America
United States Attorney

DATE: September 21, 2021